```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| THORNGLEAN CHANBUNMY | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY | : | NO. 07-CV-3098 |

<u>ORDER</u>

AND NOW, this 20th day of May, 2008, upon consideration of Plaintiff's Brief and Statement of Issues in support of Request for Review, the Defendant's Response to Request for Review by Plaintiff, Plaintiff's Reply Brief, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge and Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The decision of the Administrative Law Judge dated May 14, 2005 is AFFIRMED.

3. Judgment is entered in favor of Defendant, and the relief sought by Plaintiff is DENIED.

4. The Clerk of Court is directed to make this case closed.

                         BY THE COURT:


                         s/J. Curtis Joyner
                         J. CURTIS JOYNER, J.